**Brenda ABERCROMBIE,**
**Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF**
**AGRICULTURE, Defendant–**
**Appellee.**

No. 06–5802.

United States Court of Appeals,
Sixth Circuit.

March 20, 2007.

Before: COOK and McKEAGUE, Circuit Judges; and EDGAR, District Judge.*

* The Honorable Robert Allan Edgar, United States District Judge for the Eastern District

PER CURIAM.

Brenda Abercrombie appeals the district court's dismissal of her suit against the United States Department of Agriculture for lack subject matter of jurisdiction. Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.